DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RENEA THOMAS,**
Appellant,

v.

**KEN J. MASCARA,** in his official capacity as
Sheriff of St. Lucie County, and **BILL HARDMAN,**
Appellees.

No. 4D17-172

[October 19, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet C. Croom, Judge; L.T. Case No. (5620) 12-CA-003258.

Frank T. Allen of The Allen Firm, P.A., Orlando, for appellant.

Richard A. Giuffreda and Gregory J. Jolly of Purdy, Jolly, Giuffreda & Barranco, P.A., Fort Lauderdale, for appellee Bill Hardman.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***